No. 4592.

NANCY DOUGHTY *v.* THE SHERIFF and als.

Where a wife had obtained a judgment against her husband, under which his property had been sold and purchased by her;

Held—That after her purchase the judgment creditors of her husband could seize the same property as his, and that the wife had not the right to injoin the sale thereof, inasmuch as the sale to her was not recorded in the recorder's office.

APPEAL from the Fifth Judicial District Court, parish of East Feliciana. *Posey, J. D. G. Wedge, Race, Foster & Merrick*, for plaintiff and appellant. *Kernan & Lyons*, for defendants and appellees.

Justices concurring: Ludeling, Taliaferro, Howell, Wyly, Morgan.

LUDELING, C. J. The defendants, H. B. Chase and John Effut, obtained judgments against Wm. F. Doughty, the husband of plaintiff. She had obtained a judgment against her husband under which his property had been sold and purchased by her. After her purchase, the judgment creditors of her husband seized the same property as his, and the plaintiff has injoined the sale thereof. The defendants had a right to seize the property, inasmuch as the sale to the wife was not recorded in the recorder's office. 21 An. 427, 241; 22 An. 113.

It is therefore ordered and adjudged that the judgment of the district court be affirmed with costs of appeal.